UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ESSIE GOODE,                                                                                        PLAINTIFF

V.                                                                              CIVIL NO. 2:21-CV-152-TBM-RPM

EARLY ENCOUNTERS, INC.,                                                                       DEFENDANT

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

The Court has considered the Motion to Appear *Pro Hac Vice* filed on behalf of plaintiff Essie Goode ("plaintiff") as well as attorney Jessica Vasquez ("Vasquez"). Doc. [6]. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Civil Rules of the United States District Court for the Southern District of Mississippi. *See* L.U.Civ.R. 83.1(d)(5).

**IT IS THEREFORE ORDERED** that the Motion to Appear *Pro Hac Vice* is hereby granted, and Vasquez shall be admitted to serve as counsel for the plaintiff. Counsel is directed to complete registration for electronic filing as a condition of *pro hac vice* admission.

**SO ORDERED AND ADJUDGED**, this the 24th day of January 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE